# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

---

**NOTICE OF INTENT TO PAY CLAIMS**

---

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO
PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

```
   IN RE:  MICHAEL EVERETT LEE              IN THE MATTER OF:
           39330 CALLE SAN CLEMENTE         MICHAEL EVERETT LEE
           MURRIETA, CA 92562               39330 CALLE SAN CLEMENTE
                                            MURRIETA, CA  92562


                                            DATE: 11/17/2009
                                            Case No. 6:09-bk-10720-MJ
```

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
|    | DOAN LAW FIRM, LLP | NOT SCHEDULED | $0.00 |  |  | 0 |
| 05 | RECOVERY MANAGEMENT | $11,602.00 | $11,602.04 | 7214 | U | 1 |
|    | Cabrillo Credit Unio | $7,809.00 | NOT FILED | 0501 | U | 2 |
|    | Cabrillo Credit Unio | $7,090.00 | NOT FILED | 0100 | U | 3 |
| 06 | PYOD, LLC | $3,796.00 | $3,796.73 | 3711 | U | 4 |
| 04 | DELL FINANCIAL SERVI | $2,271.00 | $2,563.06 | 7515 | U | 5 |
| 01 | DFS SERVICES, LLC | $671.00 | $744.58 | 9448 | U | 6 |
|    | Home Comings Financi | $315,900.00 | NOT FILED | 0871 | U | 7 |
|    | Wffinancial | $345.00 | NOT FILED | 0196 | U | 8 |
| 07 | CABRILLO CREDIT UNIO | $13,427.00 | $12,450.66 | 1195 | S | 9 |
|    | Michelle M. Lee | NOT SCHEDULED | $0.00 |  | C | 10 |
| 03 | CABRILLO CREDIT UNIO | NOT SCHEDULED | $0.00 | 1195 | U | 11 |
| 02 | CABRILLO CREDIT UNIO | NOT SCHEDULED | $14,850.77 | 1195 | U | 12 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE
TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT
TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW,
THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT
FILED," "DIRECT PAY" OR "NOTICE ONLY."

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:09-bk-10720-MJ**

<u>DECLARATION RE VERIFICATION OF CLAIMS REGISTER</u>

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:   <u>11/17/2009</u>

_____/s/_____
              PAULETTE ROSELI


<u>PROOF OF SERVICE</u>

     I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on <u>11/17/2009</u> at Riverside, California.

_____/s/_____
              PAULETTE ROSELI


```
MICHAEL EVERETT LEE              DOAN LAW FIRM, LLP
39330 CALLE SAN CLEMENTE         25401 CABOT ROAD
MURRIETA, CA  92562              SUITE 119
                                 LAGUNA HILLS, CA  92653
```